UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BASKIN-ROBBINS FRANCHISING, LLC, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SINGH & SONS, INC., et al.,<br><br>Defendants. | No. 1:19-cv-00726-LJO-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 9) |

On September 24, 2019, Plaintiffs filed a "Request for Dismissal," in which Plaintiffs indicate the case has settled and request that the Court dismiss this action with prejudice. (Doc. 9.) Plaintiffs filed this notice before the opposing parties served either an answer or a motion for summary judgment. As such, Plaintiffs have voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated:   **September 24, 2019**          /s/ *Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE